In the Matter of EDWARD G. DILLON, Petitioner, against SUPREME COURT OF THE STATE OF NEW YORK et al., Respondents.— Motion for an order of prohibition. Motion denied, without costs, and stay vacated. Present — Hill, P. J., Heffernan, Brewster, Foster and Deyo, JJ.